# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
and
PREMIER ONE HOLDINGS, INC., A
NEVADA CORPORATION,
Real Party in Interest.

No. 67766

**FILED**

MAR 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion for summary judgment in a real property matter.

Petitioner argues that the district court erred in denying summary judgment in its favor because NRS 116.3116 *et seq.* is unconstitutionally vague and failed to provide it with fair notice.

Writ relief is generally not available when a petitioner has an adequate remedy at law, such as an appeal from a final judgment. *See* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224-25, 88 P.3d 840, 841 (2004). Having considered the documents and arguments presented in this matter, we conclude that our

extraordinary intervention is not warranted. *See Pan*, 120 Nev. at 228, 88 P.3d at 844 (providing that petitioner bears the burden of showing writ relief is appropriate). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Kenneth C. Cory, District Judge
David J. Merrill, P.C.
Joseph Y. Hong
Akerman LLP
Eighth District Court Clerk